IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| KILEY FOSTER, | ) |
|     Plaintiff, | ) |
| v. | ) Case No. 4:23-cv-00947-BP |
| BUTLER R-V SCHOOL DISTRICT, et al., | ) |
|     Defendants. | ) |

**DESIGNATION OF NEUTRAL**

The Parties jointly inform the Court that the MAP Director extended the MAP deadlines and the Parties will file an amended designation as requested by the MAP Director or ordered by the Court.

Respectfully submitted,

EDCOUNSEL, LLC

By: /s/ Brian Mayer
J. Drew Marriott, #63059
dmarriott@edcounsel.law
Brian Mayer, #60053
bmayer@edcounsel.law
Adam Li, #70449
ali@edcounsel.law
EdCounsel, LLC
201 N. Forest Avenue, Suite 200
Independence, Missouri 64050
(816) 252-9000
(816) 252-9009 (Fax)

*Attorneys for Defendants Butler R-V School District, Butler R-V School Board, Darin Carter, Marci Beckley, and Gregg Webb.*

HUMPHREY, FARRINGTON & MCCLAIN, P.C.

By: /s/ Daniel A. Thomas
Daniel A. Thomas #52030
dat@hfmlegal.com
Jonathan M. Soper, #61204
jms@hfmlegal.com
Humphrey, Farrington & McClain, P.C.
221 W. Lexington, Suite 400
Independence, MO 64050
(816) 836-5050
(816) 836-8966 (Fax)

Joleene V. Simmons, #57759
joleenesimmons@gmail.com
Simmons Law Office
107 N. Main St.
Nevada, Missouri 64772
(417) 283-2124
(417) 283-2144 (Fax)

*Attorneys for Plaintiff Kiley Foster.*

| GEDBAW LAW FIRM, LLC | WATTERS WOLF BUB & HANSMANN, LLC. |
|---|---|
| By: /s/ Jeffrey Gedbaw<br>Jeffrey Gedbaw #56318<br>jgedbaw@gedbawlawfirm.com<br>Gedbaw Law Firm, LLC<br>618 SE 4th St., Suite 204<br>Lee's Summit, MO 64063<br>(816) 379-5329<br>(816) 272-5967 (Fax)<br><br>*Attorney for Defendant Charles Reece* | By: /s/ Joseph J. Roper<br>Joseph J. Roper<br>Michael L. Belancio<br>4435 Main Street, Suite 920<br>Kansas City, Missouri 64111<br>(816) 762-3461-Telephone<br>(636) 798-0693- Facsimile<br>jroper@wwbhlaw.com<br>mbelancio@wwbhlaw.com<br><br>*Attorneys for Defendants Future Farmers of America (FFA) D/B/A The National FFA Organization* |

## CERTIFICATE OF SERVICE

The foregoing document filed with the Court's eFiling system, providing service to all attorneys of record on May 17, 2024.

/s/ Brian Mayer