# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| KILEY FOSTER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 4:23-cv-00947-BP |
| BUTLER R-V SCHOOL DISTRICT, et al., | ) ) ) |
| Defendants. | ) |

## AMENDED DESIGNATION OF NEUTRAL

The Parties file their Designation of Neutral as follows. The MAP Director extended the ADR deadline.

NEUTRAL'S NAME: Robert M Schieber

_____ Not on List

(*This should be marked with an "X" only if the person is not on Court's List of Neutrals but was approved by the MAP Director*)

SESSION TYPE: __X__ Mediation  _____ ADR-O

SESSION DATE AND TIME: September 11, 2024, at 9:30 a.m. CST.

SESSION LOCATION: Jay Daugherty Mediation, 4717 Grand Avenue, Suite 830, Kansas City, MO 64112

MODE OF SESSION: In person: _____ Virtual: _____ Hybrid __X__

1

Respectfully submitted,

| | |
|---|---|
| EDCOUNSEL, LLC | HUMPHREY, FARRINGTON & MCCLAIN, P.C. |
| By: */s/* Brian Mayer | By: */s/* Jonathan M. Soper |
| J. Drew Marriott, #63059 | Daniel A. Thomas #52030 |
| dmarriott@edcounsel.law | dat@hfmlegal.com |
| Brian Mayer, #60053 | Jonathan M. Soper, #61204 |
| bmayer@edcounsel.law | jms@hfmlegal.com |
| Adam Li, #70449 | Humphrey, Farrington & McClain, P.C. |
| ali@edcounsel.law | 221 W. Lexington, Suite 400 |
| EdCounsel, LLC | Independence, MO 64050 |
| 201 N. Forest Avenue, Suite 200 | (816) 836-5050 |
| Independence, Missouri 64050 | (816) 836-8966 (Fax) |
| (816) 252-9000 | |
| (816) 252-9009 (Fax) | Joleene V. Simmons, #57759 |
| | joleenesimmons@gmail.com |
| *Attorneys for Defendants Butler R-V School District, Butler R-V School Board, Darin Carter, Marci Beckley, and Gregg Webb.* | Simmons Law Office |
| | 107 N. Main St. |
| | Nevada, Missouri 64772 |
| | (417) 283-2124 |
| | (417) 283-2144 (Fax) |
| | |
| | *Attorneys for Plaintiff Kiley Foster.* |
| | |
| GEDBAW LAW FIRM, LLC | WATTERS WOLF BUB & HANSMANN, LLC. |
| By: /s/ Jeffrey Gedbaw | By: /s/ Joseph J. Roper |
| Jeffrey Gedbaw #56318 | Joseph J. Roper |
| jgedbaw@gedbawlawfirm.com | Michael L. Belancio |
| Gedbaw Law Firm, LLC | 4435 Main Street, Suite 920 |
| 618 SE 4th St., Suite 204 | Kansas City, Missouri 64111 |
| Lee's Summit, MO 64063 | (816) 762-3461-Telephone |
| (816) 379-5329 | (636) 798-0693- Facsimile |
| (816) 272-5967 (Fax) | jroper@wwbhlaw.com |
| | mbelancio@wwbhlaw.com |
| *Attorney for Defendant Charles Reece* | |
| | *Attorneys for Defendants Future Farmers of America (FFA) D/B/A The National FFA Organization* |

## CERTIFICATE OF SERVICE

The foregoing document filed with the Court's eFiling system, providing service to all attorneys of record on June 18, 2024.

                                                                   /s/ Brian Mayer